1 | GREGORY B. WOOD  (SBN 68064)
FULBRIGHT & JAWORSKI L.L.P.
2 | 865 South Figueroa, 29th Floor
Los Angeles, California 90017-2571
3 | Telephone: 213-892-9200
4 | Facsimile:  213-680-4518
Email address:  gwood@fulbright.com
5 |
MARK N. MUTTERPERL
6 | JENIFER S. McINTOSH
FULBRIGHT & JAWORSKI L.L.P.
7 | 666 Fifth Avenue, 31st Floor
8 | New York, New York  10103-3198
Telephone: 212-318-3000
9 | Facsimile:  212-318-3400
Email address:  mmutterperl@fulbright.com
10 | Email address:  jmcintosh@fulbright.com
11 |
Attorneys for Plaintiff The Procter &
12 | Gamble Company

FILED

2005 MAY 16  P 4: 21

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO

BY._____
        DEPUTY

**LODGED**

MAY 1 6 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Procter & Gamble Company v. Yen Le Chan                                                    Doc. 17

13 |
14 | IN THE UNITED STATES DISTRICT COURT
15 | FOR THE EASTERN DISTRICT OF CALIFORNIA
16 | FRESNO DIVISION
17 |
18 | THE PROCTER & GAMBLE
19 | COMPANY,
20 |                 Plaintiff,
21 |        v.
22 |
23 | YEN LE CHAN a/k/a ALICE YEN
24 | CHAN, JOHN DOES AND/OR JANE
DOES 1 – 50, AND XYZ BUSINESSES
25 |
26 |                 Defendants.
27 |
28 |

1:05 CV 00641 AWI SMS

Civil Action No._____

[~~PROPOSED~~] ORDER TO
SEAL RECORD

<u>FILED UNDER SEAL</u>

1    ORDER SEALING RECORD

2    Upon consideration of Plaintiffs' Application for Order Sealing

3    Record, it is hereby ORDERED that the Clerk of the Court shall maintain under

4    seal the entire record of the above-captioned civil action pending further Order of

5    the Court.

6

7

8    DATE: _____5-16-05_____                    _____

9                                              UNITED STATES DISTRICT JUDGE

10

11

12    Presented by:

13

14    _____

15    Gregory B. Wood (SBN 68064)
      Fulbright & Jaworski L.L.P.

16    865 South Figueroa, 29th Floor
      Los Angeles, California 90017-2571

17    Telephone: 213-892-9200
      Facsimile:  213-680-4518

18

19    Mark N. Mutterperl
      Jenifer S. McIntosh

20    Fulbright & Jaworski L.L.P.
      666 Fifth Avenue, 31st Floor

21    New York, New York  10103-3198
      Telephone: 212-318-3000

22    Facsimile:  212-318-3400

23    Attorneys for Plaintiff The Procter & Gamble Company

24

25

26

27

28                                      - 2 -

DOCUMENT PREPARED
ON RECYCLED PAPER