```
 1 │ GREGORY B. WOOD  (SBN 68064)
   │ FULBRIGHT & JAWORSKI L.L.P.
 2 │ 865 South Figueroa, 29th Floor
 3 │ Los Angeles, California 90017-2571
   │ Telephone: 213-892-9200
 4 │ Facsimile:  213-680-4518
   │ Email address:  gwood@fulbright.com
 5 │
 6 │ MARK N. MUTTERPERL
   │ JENIFER S. McINTOSH
 7 │ FULBRIGHT & JAWORSKI L.L.P.
   │ 666 Fifth Avenue, 31st Floor
 8 │ New York, New York  10103-3198
   │ Telephone: 212-318-3000
 9 │ Facsimile: 212-318-3400
10 │ Email address:  mmutterperl@fulbright.com
   │ Email address:  jmcintosh@fulbright.com
11 │
   │ Attorneys for Plaintiff The Procter &
12 │ Gamble Company
13 │
14 │              IN THE UNITED STATES DISTRICT COURT
15 │        FOR THE EASTERN DISTRICT OF CALIFORNIA
16 │                       FRESNO DIVISION
17 │
18 │ THE PROCTER & GAMBLE         )
   │ COMPANY,                     )  05 CV 00641 AWI SMS
19 │                              )  Civil Action No._____
20 │            Plaintiff,        )
21 │                              )  [~~PROPOSED~~] ORDER TO
   │      v.                      )  SEAL RECORD
22 │                              )
23 │ YEN LE CHAN a/k/a ALICE YEN  )
   │ CHAN, JOHN DOES AND/OR JANE  )  FILED UNDER SEAL
24 │ DOES 1 – 50, AND XYZ BUSINESSES )
25 │                              )
   │            Defendants.       )
26 │ _____)
27 │
28 │
```

FILED
2005 MAY 16  P 4: 21
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY._____
          DEPUTY

LODGED
MAY 1 6 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

DOCUMENT PREPARED
ON RECYCLED PAPER

ORDER TO SEAL RECORD

## ORDER SEALING RECORD

Upon consideration of Plaintiffs' Application for Order Sealing Record, it is hereby ORDERED that the Clerk of the Court shall maintain under seal the entire record of the above-captioned civil action pending further Order of the Court.

DATE: 5-16-05

_____
UNITED STATES DISTRICT JUDGE

Presented by:

_____
Gregory B. Wood (SBN 68064)
Fulbright & Jaworski L.L.P.
865 South Figueroa, 29th Floor
Los Angeles, California 90017-2571
Telephone: 213-892-9200
Facsimile: 213-680-4518

Mark N. Mutterperl
Jenifer S. McIntosh
Fulbright & Jaworski L.L.P.
666 Fifth Avenue, 31st Floor
New York, New York 10103-3198
Telephone: 212-318-3000
Facsimile: 212-318-3400

Attorneys for Plaintiff The Procter & Gamble Company

DOCUMENT PREPARED ON RECYCLED PAPER