**ORIGINAL**

**FILED**

2005 JUN -3 A 10: 02

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
    DEPUTY

1  GREGORY B. WOOD (SBN 68064)
   FULBRIGHT & JAWORSKI L.L.P.
2  555 South Flower Street, 41st Floor
3  Los Angeles, California 90071
   Telephone: 213-892-9200
4  Facsimile: 213-680-4518
5  Email address: gwood@fulbright.com

6  MARK N. MUTTERPERL
7  JENIFER S. MCINTOSH
   FULBRIGHT & JAWORSKI L.L.P.
8  666 Fifth Avenue, 31st Floor
9  New York, New York 10103-3198
   Telephone: (212) 318-3000
10 Facsimile: (212) 318-3400
11 Email address: mmutterperl@fulbright.com
   Email address: jmcintosh@fulbright.com
12
13 Attorneys for Plaintiff The Procter &
   Gamble Company
14

**LODGED**

MAY 3 1 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

15              IN THE UNITED STATES DISTRICT COURT
16              FOR THE EASTERN DISTRICT OF CALIFORNIA
17                         FRESNO DIVISION

18
19 THE PROCTER & GAMBLE          )
   COMPANY,                      )
20                               )
21           Plaintiff,           )   Civil Action No. 05-CV-00641
22                               )   (AWI)(TAG)
         v.                       )
23                               )
24 YEN LE CHAN, et al.,          )   STIPULATED ORDER
                                 )   RELEASING BOND
25           Defendants.          )
                                 )   FILED UNDER SEAL
26                               )
27                               )
28                               )

**FILED BY FAX**

DOCUMENT PREPARED
ON RECYCLED PAPER

STIPULATED ORDER RELEASING BOND

1     On May 16, 2005, pursuant to the Trademark Counterfeiting Act of 1984, 15 U.S.C. § 1116, the Court issued an *ex parte* order allowing seizure of counterfeit products and related items from defendant Yen Le Chan a/k/a Alice Yen Chan ("defendant"). In that same Order, the Court required The Procter & Gamble Company, ("Procter & Gamble") to post a $5,000 bond pending confirmation of the seizure.

    The Court having confirmed the seizure by Order dated May 16, 2005 and the parties having stipulated to discharging the bond, it is hereby:

    ORDERED that bond number 426436, which was posted on May 16, 2005, by American Contractors Indemnity Company, c/o Bond Services of California, LLC, Dept. LA 22391, Pasadena, California 91185 (the "surety") on behalf of Procter & Gamble, be cancelled and the surety fully and forever discharged from any obligation to any party in this action.

DATE: 6-2-05

United States District Court Judge

Gregory B. Wood (SBN 68064)
Fulbright & Jaworski L.L.P.
865 South Figueroa, 29th Floor
Los Angeles, California 90017-2571
Telephone: 213-892-9200
Facsimile: 213-680-4518

Yen Le Chan a/k/a Alice Yen Chan
Defendant

Mark N. Mutterperl
Jenifer S. Mcintosh
666 Fifth Avenue, 31st Floor
New York, New York 10103-3198
Telephone: (212) 318-3000
Facsimile: (212) 318-3400

Attorneys for Plaintiff The Procter & Gamble Company

DOCUMENT PREPARED ON RECYCLED PAPER

- 2 -

**PROOF OF SERVICE**

I, Susan Crippen, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, 41st Floor, Los Angeles, California 90071. On May 31, 2005, I served a copy of the within document(s):

**STIPULATED ORDER RELEASING BOND**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Yen Le Chan
a/k/a Alice Yen Chan
5208 Panorama Drive #B
Bakersfield, CA 93306

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

25538631.10

- 1 -

PROOF OF SERVICE

1     I declare that I am employed in the office of a member of the bar of this court
2 at whose direction the service was made.
3     Executed on May 31, 2005, at Los Angeles, California.

*Susan Crippen*
Susan Crippen

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28