ORIGINAL

FILED

1    GREGORY B. WOOD (SBN 68064)
2    FULBRIGHT & JAWORSKI L.L.P.
     555 South Flower, 41st Floor                          2005 JUN -3 A 10: 02
3    Los Angeles, California 90071
                                                           CLERK, US DIST. COURT
4    Telephone: 213-892-9200                               EASTERN DIST. OF CALIF
     Facsimile: 213-680-4518                                     AT FRESNO
                                                           BY
5    Email address: gwood@fulbright.com                          DEPUTY

6    MARK N. MUTTERPERL
7    JENIFER S. MCINTOSH
     FULBRIGHT & JAWORSKI L.L.P.
8    666 Fifth Avenue, 31st Floor
9    New York, New York 10103-3198
     Telephone: (212) 318-3000
10   Facsimile: (212) 318-3400                             **LODGED**
11   Email address: mmutterperl@fulbright.com
     Email address: jmcintosh@fulbright.com                MAY 3 1 2005
12
13   Attorneys for Plaintiff The Procter &                 CLERK, U.S. DISTRICT COURT
     Gamble Company                                        EASTERN DISTRICT OF CALIFORNIA
                                                           BY
14                                                              DEPUTY CLERK

15                    IN THE UNITED STATES DISTRICT COURT

16                   FOR THE EASTERN DISTRICT OF CALIFORNIA

17                              FRESNO DIVISION

18

19   THE PROCTER & GAMBLE            )              **FILED BY FAX**
20   COMPANY,                        )
                                     )
21             Plaintiff,            )              Civil Action No. 05-CV-00641
22                                   )              (AWI)(TAG)
               v.                    )
23                                   )
24   YEN LE CHAN, et al.,            )              STIPULATED ORDER
                                     )              CONFIRMING SEIZURE AND
25             Defendants.           )              UNSEALING RECORD
26                                   )
                                     )              FILED UNDER SEAL
27                                   )
28   _____)

DOCUMENT PREPARED
ON RECYCLED PAPER

1       Plaintiff The Procter & Gamble Company ("plaintiff" or "Procter &

2   Gamble"), having filed under seal a motion for an emergency *ex parte* order for

3   seizure pursuant to the Trademark Counterfeiting Act of 1984, 15 U.S.C. § 1116,

4   against defendant Yen Le Chan ("defendant"), this Court having granted the

5   motion, and defendant having consented to this Order;

6       NOW, THEREFORE, upon the consent of the parties hereto,

7       IT IS ORDERED, ADJUDGED and DECREED, that the emergency *ex parte*

8   order for seizure is confirmed against defendant; and it is further

9       ORDERED that the Clerk of this Court shall lift the seal and the parties may

10  publicly file all papers concerning the seizure described herein.

11

12  DATE: ___6-2-05___

13                              United States District Court Judge

14

15  Approved As to Form:

16

17  Gregory B. Wood (SBN 68064)

18  Fulbright & Jaworski L.L.P.               Yen Le Chan a/k/a Alice Yen Chan
     865 South Figueroa, 29th Floor           Defendant

19  Los Angeles, California 90017-2571

20  Telephone: 213-892-9200
     Facsimile:  213-680-4518

21

22  Mark N. Mutterperl
     Jenifer S. Mcintosh

23  666 Fifth Avenue, 31st Floor
     New York, New York 10103-3198

24  Telephone:  (212) 318-3000
     Facsimile:  (212) 318-3400

25

26  Attorneys for Plaintiff The Procter &
     Gamble Company

27

28

DOCUMENT PREPARED
ON RECYCLED PAPER

- 2 -

1        I declare that I am employed in the office of a member of the bar of this court

2  at whose direction the service was made.

3        Executed on May 31, 2005, at Los Angeles, California.

4

5

6                                Susan Crippen

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOCUMENT PREPARED
ON RECYCLED PAPER

25538631.9

- 2 -

PROOF OF SERVICE

1          **PROOF OF SERVICE**

2          I, Susan Crippen, declare:

3          I am a citizen of the United States and employed in Los Angeles County,

4     California. I am over the age of eighteen years and not a party to the within-entitled

5     action. My business address is 555 South Flower Street, 41st Floor, Los Angeles,

6     California 90071. On May *31*, 2005, I served a copy of the within document(s):

7          **STIPULATED ORDER CONFIRMING SEIZURE AND**
8          **UNSEALING RECORD**

9     ☐    by transmitting via facsimile the document(s) listed above to the fax
10         number(s) set forth below on this date before 5:00 p.m.

11    ☒    by placing the document(s) listed above in a sealed envelope with
           postage thereon fully prepaid, in the United States mail at Los Angeles,
12         California addressed as set forth below.

13    ☐    by placing the document(s) listed above in a sealed _____
14         envelope and affixing a pre-paid air bill, and causing the envelope to
15         be delivered to a _____ agent for delivery.

16    ☐    by personally delivering the document(s) listed above to the person(s)
           at the address(es) set forth below.
17

18         Yen Le Chan
           a/k/a Alice Yen Chan
19         5208 Panorama Drive #B
20         Bakersfield, CA 93306

21         I am readily familiar with the firm's practice of collection and processing

22    correspondence for mailing. Under that practice it would be deposited with the

23    U.S. Postal Service on that same day with postage thereon fully prepaid in the

24    ordinary course of business. I am aware that on motion of the party served, service

25    is presumed invalid if postal cancellation date or postage meter date is more than

26    one day after date of deposit for mailing in affidavit.

27

28