sg/vs

Michael S. Abril, Esq.; SBN 125471
Chad A. Louie, Esq.; SBN 230186
BORTON, PETRINI & CONRON, LLP
1600 Truxtun Avenue
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051

Attorneys for Defendant, Yen Le Chan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>YEN LE CHAN a/k/a ALICE YEN CHAN, CHIA LIU a/k/a JERRY LIU, JOHN DOES AND/OR JANE DOES 1 - 50, AND XYZ BUSINESSES,<br><br>Defendants. | Civil Action No. 05-CV-00641 (AWI)(TAG)<br><br>**STIPULATION FOR ORDER EXTENDING DEADLINE FOR DEFENDANT YEN LE CHAN TO FILE ANSWER; ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between plaintiff, The Procter & Gamble Company ("Plaintiff"), and defendant, Yen Le Chan ("Defendant"), that Defendant shall be and is granted an extension of time to and including July 1, 2005 to file and serve her Answer to Plaintiff's First Amended Complaint in this action.

/ / /

/ / /

/ / /

/ / /

/ / /

1   This Stipulation may be executed in counterparts with the
2   same full force and effect.  Signed facsimile copies of this
3   Stipulation are as effective as an original.
4   DATED: June ___, 2005
5
6                                   BORTON, PETRINI & CONRON, LLP
7
8
9                                   By   /s/ Chad A. Louie
                                        Chad A. Louie, Attorneys for
                                        Defendant, Yen Le Chan
10
11  DATED: June ___, 2005
12                                  FULBRIGHT & JAWORSKI L.L.P.
13
14                                  By_____
                                        Gregory B. Wood, Attorneys for
15                                      Plaintiff, The Procter & Gamble
                                        Company
16
17
18                          O R D E R
19
20     IT IS SO ORDERED.
21
22  DATED: *July 1, 2005*
23
24
25                                  _____
                                    Theresa A. Goldner, U.S. Magistrate
26                                  Judge
27
28

2
STIPULATION FOR ORDER EXTENDING DEADLINE FOR DF YEN LE CHAN TO FILE ANSWER; ORDER THEREON

1  This Stipulation may be executed in counterparts with the
2  same full force and effect. Signed facsimile copies of this
3  Stipulation are as effective as an original.
4  DATED: June ___, 2005

6  BORTON, PETRINI & CONRON, LLP

8  By_____
9  Chad A. Louie, Attorneys for
   Defendant, Yen Le Chan

11 DATED: June 30, 2005

12 FULBRIGHT & JAWORSKI L.L.P.

14 By_____
   Gregory B. Wood, Attorneys for
15 Plaintiff, The Procter & Gamble
   Company

18          O R D E R

20     IT IS SO ORDERED.

22 DATED: _____

25 _____
   Theresa A. Goldner, U.S. Magistrate
26 Judge

2

STIPULATION FOR ORDER EXTENDING DEADLINE FOR DF YEN LE CHAN TO FILE ANSWER; ORDER THEREON