1  GREGORY B. WOOD (SBN 68064)
   **FULBRIGHT & JAWORSKI L.L.P.**
2  555 South Flower Street, 41st Floor
   Los Angeles, California 90071
3  Telephone: 213-892-9200
   Facsimile: 213-892-9494
4  Email address: gwood@fulbright.com

5  MARK N. MUTTERPERL
   JENIFER S. MCINTOSH *(admitted pro hac vice)*
6  **FULBRIGHT & JAWORSKI L.L.P.**
   666 Fifth Avenue, 31st Floor
7  New York, New York 10103-3198
   Telephone: (212) 318-3000
8  Facsimile: (212) 318-3400
   Email address: mmutterperl@fulbright.com
9  Email address: jmcintosh@fulbright.com

10 Attorneys for Plaintiff
   The Procter & Gamble Company
11

12

13              IN THE UNITED STATES DISTRICT COURT

14              FOR THE EASTERN DISTRICT OF CALIFORNIA

15                         FRESNO DIVISION

16

17 | THE PROCTER & GAMBLE COMPANY, | ) | Case No. 1:05-CV-00641-AWI-TAG |
|---|---|---|
|                                   | ) |                                 |
|                  Plaintiff,       | ) | **SUPPLEMENTAL JOINT SCHEDULING REPORT RE SERVICE AND STIPULATION FOR EXTENSION OF TIME FOR FURTHER SCHEDULING CONFERENCE;** *ORDER THEREON* |
|            v.                     | ) |                                 |
| YEN LE CHAN a/k/a ALICE YEN CHAN, CHIA LIU a/k/a JERRY LIU, JOHN DOES AND/OR JANE DOES 1 – 50, AND XYZ BUSINESSES, | ) | Date: August 18, 2005<br>Time: 9:30 a.m.<br>Place: U.S. District Court Eastern District of CA Bakersfield Office |
|                  Defendants.      | ) | Magistrate Judge Theresa A. Goldner |

28 25562824.1

In accordance with this Court's Order entered July 15, 2005, the parties submit this Supplemental Joint Scheduling Report Re Service. In order to clarify the issue of service, counsel for Procter & Gamble noticed the depositions of two individuals in Bakersfield, California for August 9, 2005, and one individual, Sandy Liu, the sister of the named defendant Chia Liu a/k/a/ Jerry Liu, for August 12, 2005. The purpose of the Liu deposition was to determine if service of Chia Liu, a/k/a/ Jerry Liu, at the address of Sandy Liu was adequate and if not adequate, where service could be effected. In order to determine this information, it was necessary to obtain certain documents. On August 3, 2005, counsel for Procter & Gamble received a telephone call from Robert J. Carlson, an attorney with the Seattle firm of Christensen O'Conner Johnson Kindness, indicating that he had been retained by Ms. Liu in place of her prior attorney. He also indicated that while the documents requested of Ms. Liu are being gathered, that Ms. Liu had asked for a number of documents from her bank and that those documents would not be available by August 12. Accordingly, it is necessary to either postpone the deposition until the documents are received or to take Ms. Liu's deposition on August 12, and then have to continue that deposition until the documents are produced. In order to promote efficiency and avoid unnecessary expense, additional time is necessary to give Ms. Liu time to produce the documents and then take a single deposition thereafter.

Accordingly, subject to the approval of the Court, the parties stipulate that the Further Scheduling Conference be continued to September 22, 2005 and that a Supplemental Joint Scheduling Report Re Service be filed on or before September 19, 2005.

DATED: August __, 2005            FULBRIGHT & JAWORSKI L.L.P.

By _____
Gregory B. Wood
Fulbright & Jaworski L.L.P.
555 South Flower Street, 41st Floor
Los Angeles, California 90071

Mark N. Mutterperl
Jenifer S. McIntosh
Fulbright & Jaworski L.L.P.
666 Fifth Avenue, 31st Floor
New York, New York  10103-3198

Attorneys for Plaintiff The Procter & Gamble Company

DATED: August __, 2005            BORTON, PETRINI & CONRON, LLP

By _____
Michael S. Abril, Esq.
Chad A. Louie, Esq.
Borton, Petrini & Conron, LLP
1600 Truxtun Avenue
Bakersfield, CA 93303

Attorneys for Defendant, Yen Le Chan

```
IT IS SO ORDERED

Dated:  _____
                                  _____
                                  Theresa A. Goldner
                                  U.S. Magistrate Judge
```

DOCUMENT PREPARED ON RECYCLED PAPER

Accordingly, subject to the approval of the Court, the parties stipulate that the Further Scheduling Conference be continued to September 22, 2005 and that a Supplemental Joint Scheduling Report Re Service be filed on or before September 19, 2005.

DATED: August __, 2005          FULBRIGHT & JAWORSKI L.L.P.


By _____
Gregory B. Wood
Fulbright & Jaworski L.L.P.
555 South Flower Street, 41st Floor
Los Angeles, California 90071

Mark N. Mutterperl
Jenifer S. McIntosh
Fulbright & Jaworski L.L.P.
666 Fifth Avenue, 31st Floor
New York, New York 10103-3198

Attorneys for Plaintiff The Procter & Gamble Company

DATED: August 10, 2005          BORTON, PETRINI & CONRON, LLP


By _____
Michael S. Abril, Esq.
Chad A. Louie, Esq.
Borton, Petrini & Conron, LLP
1600 Truxtun Avenue
Bakersfield, CA 93303

Attorneys for Defendant, Yen Le Chan

IT IS SO ORDERED

Dated: August 12, 2005    _____
Theresa A. Goldner
U.S. Magistrate Judge

## PROOF OF SERVICE

I, Susan Crippen, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, 41st Floor, Los Angeles, California 90071. On August 10, 2005, I served a copy of the within document(s):

**SUPPLEMENTAL JOINT SCHEDULING REPORT RE SERVICE AND STIPULATION FOR EXTENSION OF TIME FOR FURTHER SCHEDULING CONFERENCE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Michael S. Abril, Esq.
Chad A. Louie, Esq.
Borton, Petrini & Conron, LLP
1600 Truxtun Avenue
Bakersfield, CA 93301
Fax: (661) 322-4628

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service

is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 10, 2005, at Los Angeles, California.

_Susan Crippen_
Susan Crippen