GREGORY B. WOOD (SBN 68064)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: 213-892-9200
Facsimile: 213-892-9494
Email address: gwood@fulbright.com

MARK N. MUTTERPERL
*(admitted pro hac vice)*
**FULBRIGHT & JAWORSKI L.L.P.**
666 Fifth Avenue, 31st Floor
New York, New York 10103-3198
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
Email address: mmutterperl@fulbright.com

Attorneys for Plaintiff
The Procter & Gamble Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY,<br><br>                    Plaintiff,<br><br>         v.<br><br>YEN LE CHAN a/k/a ALICE YEN CHAN, CHIA LIU a/k/a JERRY LIU, JOHN DOES AND/OR JANE DOES 1 – 50, AND XYZ BUSINESSES,<br><br>                    Defendants. | Case No. 1:05-CV-00641-AWI-TAG<br><br>**STIPULATION FOR EXTENSION OF TIME FOR SETTLEMENT CONFERENCE; AND ORDER THEREON**<br><br>Date:   November 17, 2005<br>Time:   10:30 a.m.<br>Place:  U.S. District Court<br>           Eastern District of CA<br>           Bakersfield Office<br><br>Magistrate Judge Theresa A. Goldner |

25594661.1

1  Pursuant to this Court's Scheduling Conference Order of September 26,
2  2005, a settlement conference is scheduled for November 17, 2005. Mr. Mark
3  Mutterperl intends to appear for that conference but has a scheduling conflict on
4  November 17, 2005. Accordingly, subject to the approval of the Court, the parties
5  stipulate that the settlement conference be continued to December 8, 2005 at 10:30
6  a.m.

7  DATED: November 7, 2005          FULBRIGHT & JAWORSKI L.L.P.

9                                   By _____
                                        Gregory B. Wood
10                                      Fulbright & Jaworski L.L.P.
                                        555 South Flower Street, 41st Floor
11                                      Los Angeles, California 90071

12                                   Mark N. Mutterperl
                                     Fulbright & Jaworski L.L.P.
13                                   666 Fifth Avenue, 31st Floor
                                     New York, New York 10103-3198
14
                                     Attorneys for Plaintiff The Procter &
15                                   Gamble Company

17  DATED: November 10, 2005         BORTON, PETRINI & CONRON, LLP

19                                   By _____
                                        Michael S. Abril, Esq.
20                                      Borton, Petrini & Conron, LLP
21                                      1600 Truxtun Avenue
                                        Bakersfield, CA 93303
22
23                                   Attorneys for Defendant, Yen Le Chan
24
25  IT IS SO ORDERED:
26
27  Dated: _____
                                     Theresa A. Goldner
28                                   U.S. Magistrate Judge

25594661.1                           - 2 -
STIPULATION FOR EXTENSION OF TIME FOR SETTLEMENT CONFERENCE

DOCUMENT PREPARED
ON RECYCLED PAPER


Pursuant to this Court's Scheduling Conference Order of September 26, 2005, a settlement conference is scheduled for November 17, 2005. Mr. Mark Mutterperl intends to appear for that conference but has a scheduling conflict on November 17, 2005. Accordingly, subject to the approval of the Court, the parties stipulate that the settlement conference be continued to December 8, 2005 at 10:30 a.m.

DATED: November 7, 2005        FULBRIGHT & JAWORSKI L.L.P.

By_____
Gregory B. Wood
Fulbright & Jaworski L.L.P.
555 South Flower Street, 41st Floor
Los Angeles, California 90071

Mark N. Mutterperl
Fulbright & Jaworski L.L.P.
666 Fifth Avenue, 31st Floor
New York, New York  10103-3198

Attorneys for Plaintiff The Procter & Gamble Company

DATED: November __, 2005        BORTON, PETRINI & CONRON, LLP

By_____
Michael S. Abril, Esq.
Borton, Petrini & Conron, LLP
1600 Truxtun Avenue
Bakersfield, CA 93303

Attorneys for Defendant, Yen Le Chan

IT IS SO ORDERED:

Dated: *November 14, 2005*        _____
Theresa A. Goldner
U.S. Magistrate Judge

25594661.1

- 2 -

STIPULATION FOR EXTENSION OF TIME FOR SETTLEMENT CONFERENCE