IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>YEN LE CHAN a/k/a ALICE YEN CHAN, CHIA LIU a/k/a JERRY LIU, JOHN DOES AND/OR JANE DOES 1 – 50, AND XYZ BUSINESSES,<br><br>　　　　　Defendants. | Case No. 1:05-CV-00641-AWI-TAG<br><br>**ORDER REGARDING EXTENSION OF TIME FOR SETTLEMENT CONFERENCE**<br><br>Magistrate Judge Theresa A. Goldner |

25599261.2

Having considered the papers filed and oral argument presented with respect to The Procter & Gamble Company's ("P&G") motion to reschedule the Settlement Conference and good cause appearing for rescheduling the Settlement Conference presently set for December 8, 2005,

IT IS HEREBY ORDERED THAT:

The Settlement Conference presently scheduled for December 8, 2005 is hereby rescheduled for February 3, 2006 at 10:30 a.m.

Defendant Yen Le Chan a/k/a Alice Yen Chan and an authorized representative of Procter & Gamble are ordered to be personally present at the Settlement Conference.

All discovery is hereby stayed until February 3, 2006, following the completion of the Settlement Conference, *as per parties' stipulation.* /s/ TAG

The Confidential Settlement Conference Statement shall be submitted to Magistrate Judge Theresa A. Goldner by January 27, 2006 (at least 5 court days prior to the Settlement Conference, per the Judge's Scheduling Conference Order).

Dated: *December 5*, 2005

*/s/ Theresa A. Goldner*
Magistrate Judge Theresa A. Goldner

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

By */s/ Gregory B. Wood*
Gregory B. Wood
Fulbright & Jaworski L.L.P.

Mark N. Mutterperl
Fulbright & Jaworski L.L.P.

Attorneys for Plaintiff The Procter & Gamble Company

Dated: November 28, 2005