GREGORY B. WOOD (SBN 68064)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: 213-892-9200
Facsimile: 213-892-9494
Email address: gwood@fulbright.com

MARK N. MUTTERPERL
*(admitted pro hac vice)*
**FULBRIGHT & JAWORSKI L.L.P.**
666 Fifth Avenue, 31st Floor
New York, New York  10103-3198
Telephone:  (212) 318-3000
Facsimile:  (212) 318-3400
Email address:  mmutterperl@fulbright.com

Attorneys for Plaintiff
The Procter & Gamble Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>YEN LE CHAN a/k/a ALICE YEN CHAN, CHIA LIU a/k/a JERRY LIU, JOHN DOES AND/OR JANE DOES 1 – 50, AND XYZ BUSINESSES,<br><br>　　　　　Defendants. | Case No. 1:05-CV-00641-AWI-TAG<br><br>**STIPULATION FOR EXTENSION OF TIME FOR STATUS CONFERENCE; AND ORDER THEREON**<br><br>Date:　April 26, 2006<br>Time:　9:30 a.m.<br>Place:　U.S. District Court<br>　　　　Eastern District of CA<br>　　　　Bakersfield Office<br><br>Magistrate Judge Theresa A. Goldner |

　　　The parties, subject to approval of the Court, hereby stipulate that the Status Conference previously scheduled for 1:30 p.m. on April 3, 2006 (Doc. 66), and moved to April 26, 2006 at 9:30 a.m. (Doc. 67), is hereby rescheduled to May 3, 2006 at 9:30 a.m.

DATED:  April 3, 2006                    FULBRIGHT & JAWORSKI L.L.P.

                                         By_____/s/_____

                                         Gregory B. Wood
                                         FULBRIGHT & JAWORSKI L.L.P.
                                         555 South Flower Street, 41st Floor
                                         Los Angeles, California 90071

                                         Mark N. Mutterperl
                                         Fulbright & Jaworski L.L.P.
                                         666 FIFTH AVENUE, 31ST FLOOR
                                         NEW YORK, NEW YORK  10103-3198

                                         ATTORNEYS FOR PLAINTIFF THE PROCTER &
                                         GAMBLE COMPANY


DATED:  APRIL 3, 2006                    BORTON, PETRINI & CONRON, LLP


                                         BY_____/s/_____
                                         MICHAEL S. ABRIL, ESQ.
                                         BORTON, PETRINI & CONRON, LLP
                                         1600 TRUXTUN AVENUE
                                         BAKERSFIELD, CA 93303

                                         ATTORNEYS FOR DEFENDANT, YEN LE
                                         CHAN


IT IS SO ORDERED.

DATED:  **APRIL 12, 2006**                    **/S/ THERESA A. GOLDNER**
**J6EB3D**                                    UNITED STATES MAGISTRATE JUDGE

2