ORIGINAL

1  GREGORY B. WOOD (SBN 68064)
   **FULBRIGHT & JAWORSKI L.L.P.**
2  555 South Flower Street, 41st Floor
   Los Angeles, California 90071
3  Telephone: 213-892-9200
   Facsimile: 213-892-9494
4  Email address: gwood@fulbright.com

5  MARK N. MUTTERPERL
   *(admitted pro hac vice)*
6  **FULBRIGHT & JAWORSKI L.L.P.**
   666 Fifth Avenue, 31st Floor
7  New York, New York  10103-3198
   Telephone: (212) 318-3000
8  Facsimile: (212) 318-3400
   Email address: mmutterperl@fulbright.com
9
   Attorneys for Plaintiff
10 The Procter & Gamble Company

FILED
MAY 1 1 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

LODGED
MAY - 9 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY,<br><br>                     Plaintiff,<br><br>       v.<br><br>YEN LE CHAN a/k/a ALICE YEN CHAN, CHIA LIU a/k/a JERRY LIU, JOHN DOES AND/OR JANE DOES 1 – 50, AND XYZ BUSINESSES,<br><br>                     Defendants. | Case No. 1:05-CV-00641-AWI-TAG<br><br>**STIPULATION FOR PERMISSION TO FILE PAPER DOCUMENT; AND ORDER THEREON**<br><br>[Filed concurrently with Stipulated Consent Decree and Permanent Injunction (Re Yen Le Chan a/k/a Alice Yen Chan) |

25652669.1

DOCUMENT PREPARED
ON RECYCLED PAPER

STIPULATION FOR PERMISSION TO FILE PAPER DOCUMENT; AND ORDER THEREON

Pursuant to the Order dated May 3, 2006 in this matter, the parties hereby stipulate that the accompanying Stipulated Consent Decree And Permanent Injunction (Re Yen Le Chan a/k/a Alice Yen Chan) be paper-filed (not electronically) because attachments include color photographs. Accordingly, this filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

DATED: May 9, 2006

FULBRIGHT & JAWORSKI L.L.P.

By _____
Gregory B. Wood
Fulbright & Jaworski L.L.P.
555 South Flower Street, 41st Floor
Los Angeles, California 90071

Mark N. Mutterperl
Fulbright & Jaworski L.L.P.
666 Fifth Avenue, 31st Floor
New York, New York  10103-3198

Attorneys for Plaintiff The Procter & Gamble Company

DATED: May ___, 2006

BORTON, PETRINI & CONRON, LLP

By _____
Michael S. Abril, Esq.
Borton, Petrini & Conron, LLP
1600 Truxtun Avenue
Bakersfield, CA 93303

Attorneys for Defendant Yen Le Chan

IT IS SO ORDERED:

Dated: 5-11-06

_____
UNITED STATES DISTRICT COURT JUDGE

DOCUMENT PREPARED ON RECYCLED PAPER

1  Pursuant to the Order dated May 3, 2006 in this matter, the parties hereby
2  stipulate that the accompanying Stipulated Consent Decree And Permanent
3  Injunction (Re Yen Le Chan a/k/a Alice Yen Chan) be paper-filed (not
4  electronically) because attachments include color photographs. Accordingly, this
5  filing is in paper or physical form only, and is being maintained in the case file in
6  the Clerk's office.

7

8  DATED: May 4, 2006                FULBRIGHT & JAWORSKI L.L.P.

9

10                                    By _____
11                                    Gregory B. Wood
                                      Fulbright & Jaworski L.L.P.
12                                    555 South Flower Street, 41st Floor
                                      Los Angeles, California 90071
13
                                      Mark N. Mutterperl
14                                    Fulbright & Jaworski L.L.P.
                                      666 Fifth Avenue, 31st Floor
15                                    New York, New York 10103-3198

16                                    Attorneys for Plaintiff The Procter &
                                      Gamble Company
17

18  DATED: May 5, 2006                BORTON, PETRINI & CONRON, LLP

19

20                                    By _____
21                                    Michael S. Abril, Esq.
                                      Borton, Petrini & Conron, LLP
22                                    1600 Truxtun Avenue
                                      Bakersfield, CA 93303
23
                                      Attorneys for Defendant Yen Le Chan
24

25  IT IS SO ORDERED:

26

27  Dated: 5-11-06                    _____
                                      UNITED STATES DISTRICT COURT JUDGE
28

## PROOF OF SERVICE

I, Susan Crippen, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, 41st Floor, Los Angeles, California 90071. On May 8, 2006, I served a copy of the within document(s):

**STIPULATION FOR PERMISSION TO FILE PAPER DOCUMENT; AND ORDER THEREON**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

- ☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Michael S. Abril, Esq.
Borton, Petrini & Conron, LLP
1600 Truxtun Avenue
Bakersfield, CA 93301
Fax: (661) 322-4628

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

25538631.37

- 1 -

DOCUMENT PREPARED ON RECYCLED PAPER

1     I declare that I am employed in the office of a member of the bar of this court
2 at whose direction the service was made.
3     Executed on May _8_, 2006, at Los Angeles, California.

*Susan Crippen*
Susan Crippen

DOCUMENT PREPARED ON RECYCLED PAPER